# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 9, 2008

Charles R. Fulbruge III
Clerk

No. 07-60831

JAMES SULLIVAN

Plaintiff - Appellant

v.

BOYD TUNICA INC, doing business as Sam's Town Casino Tunica;
MISSISSIPPI GAMING COMMISSION; WILLIAM ANDERSON,
Individually and in his capacity as a Mississippi Gaming
Official; PAT HAWKINS, Individually and in his capacity as a
Mississippi Gaming Official; FAYE PERKINS

Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Mississippi

Before BARKSDALE, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

We find that the district court committed no reversible error and affirm on the basis of the district court opinion. See 5th Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.